Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-672

**Effective Date of Registration:**
May 30, 2024
**Registration Decision Date:**
September 26, 2024



## Title

**Title of Work:** Cute snowman

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** April 01, 2009
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-389-658

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Santa and Reindeer 4 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 04, 2016 |
| **Nation of 1st Publication:** | Belgium |

## Author

| | |
|---|---|
| • **Author:** | Makiko Kimura |
| **Pseudonym:** | Makiko |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Japan |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Makiko Kimura |
| | Avenue Peltzer 78, Verviers, 4800, Belgium |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-389-661**

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

---

## Title

**Title of Work:** Santa and Reindeers

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 06, 2016
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-389-448

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 03, 2024

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Santa With Reindeer |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 05, 2015 |
| **Nation of 1st Publication:** | Belgium |

## Author

|  |  |
|---|---|
| • **Author:** | Makiko Kimura |
| **Pseudonym:** | Makiko |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Japan |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Makiko Kimura |
|  | Avenue Peltzer 78, Verviers, 4800, Belgium |

---

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
|  | Manchester Center, VT 05255 United States |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-389-656

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

---

## Title

Title of Work:   Santa 6

## Completion/Publication

Year of Completion:   2016
Date of 1st Publication:   January 15, 2016
Nation of 1st Publication:   Belgium

## Author

- **Author:**   Makiko Kimura
  **Pseudonym:**   Makiko
  **Author Created:**   2-D artwork
  **Citizen of:**   Japan

## Copyright Claimant

Copyright Claimant:   Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

Organization Name:   Grateful Licensing Group LLC.
Name:   Matt Appelman
Email:   matt@gratefullicensing.com
Telephone:   (802)777-1337
Address:   P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-389-663

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

---

## Title
**Title of Work:** Santa Penguin And Snowman

## Completion/Publication
**Year of Completion:** 2017
**Date of 1st Publication:** January 05, 2017
**Nation of 1st Publication:** Belgium

## Author
- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant
**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions
**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-389-665**

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

---

## Title

**Title of Work:** Santa Reading List

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 05, 2015
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-389-509

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Two Snowmen And Dog |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 04, 2016 |
| **Nation of 1st Publication:** | Belgium |

## Author

| | |
|---|---|
| **Author:** | Makiko Kimura |
| **Pseudonym:** | Makiko |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Japan |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Makiko Kimura |
| | Avenue Peltzer 78, Verviers, 4800, Belgium |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-389-508

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

---

## Title

**Title of Work:** Two Snowmen 5

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** January 02, 2014
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-389-506

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Two Snowmen 1 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 12, 2013 |
| **Nation of 1st Publication:** | Belgium |

## Author

| | |
|---|---|
| • **Author:** | Makiko Kimura |
| **Pseudonym:** | Makiko |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Japan |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Makiko Kimura |
| | Avenue Peltzer 78, Verviers, 4800, Belgium |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-389-504

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 04, 2024

## Title

**Title of Work:** Two Snowmen

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 05, 2015
**Nation of 1st Publication:** Belgium

## Author

• **Author:** Makiko Kimura
**Pseudonym:** Makiko
**Author Created:** 2-D artwork
**Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-389-447

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 03, 2024

---

## Title

**Title of Work:** Santa Snowman and Reindeer

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 15, 2016
**Nation of 1st Publication:** Belgium

## Author

- **Author:** Makiko Kimura
  **Pseudonym:** Makiko
  **Author Created:** 2-D artwork
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Makiko Kimura
Avenue Peltzer 78, Verviers, 4800, Belgium

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

