IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAKIKO KIMURA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-04200

Judge Mary M. Rowland

Magistrate Judge Young B. Kim

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | Awoscut |
| 4 | Faretumiya Store |
| 6 | Best-NO1 |
| 7 | QQQQQQQ1 |
| 8 | Guyay |
| 9 | Wobame |
| 10 | Nituyy |
| 11 | babieshouse |
| 13 | OAKFashion |
| 16 | Lizhuo Direct |
| 19 | WephuPSho(6-8 Days Arrivals) |
| 21 | BVUPL-US |
| 22 | DT Cothing Store |
| 25 | summerdate |
| 29 | SPLOCUDUTT |
| 30 | Weibo-US |
| 31 | SINPING |
| 32 | ZHUO YI |
| 33 | GEDI |
| 35 | SKSTECH |

| | |
|---|---|
| 40 | Rainbow Kingdom |
| 55 | Betan Life |
| 56 | Wanbobo |
| 57 | Rxuiael |
| 58 | SMEKHOXO |
| 60 | CNhoqc |
| 73 | zhuzhouyalaidanfushiyouxiangongsi |
| 75 | Shangshufang Co. Ltd |
| 110 | XUANYOUNG |
| 111 | YXEEYCHEN |
| 123 | WEIPEENSEE |
| 127 | WORPBOPE |
| 161 | Aipuaide Technology Co., Ltd |
| 162 | Feiyan Trading Co., Ltd. |
| 163 | Paiying-Supplier |
| 175 | Daffodils |
| 184 | Mingchi Home Textile Factory |
| 186 | Chantma |
| 187 | YYISYI |
| 191 | Antuo Home Textile Factory |

DATED: May 22, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 22, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                    */s/ Keith A. Vogt*
                                                    Keith A. Vogt