IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAKIKO KIMURA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-04200

Judge Mary M. Rowland

Magistrate Judge Young B. Kim

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 18 | XSTH |
| 59 | For G&PL |
| 106 | KPLFUBK |
| 113 | jinzPJ |
| 117 | GIUAIWNN |
| 118 | AOYUAJHSA |
| 130 | QINGXIAOS |
| 147 | LKNNAHUU |
| 148 | THJCO |
| 149 | GUIAWOUI |
| 181 | bubusheng |

| | |
|---|---|
| DATED: June 5, 2025 | Respectfully submitted, |
| | */s/ Keith A. Vogt* |
| | Keith A. Vogt (Bar No. 6207971) |
| | Keith Vogt, Ltd. |
| | 33 W. Jackson Blvd., #2W |
| | Chicago, Illinois 60604 |
| | Telephone:312-971-6752 |
| | E-mail: keith@vogtip.com |
| | ***ATTORNEY FOR PLAINTIFF*** |

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 5, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

           */s/ Keith A. Vogt*
           Keith A. Vogt